DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar # 83788
Chief Labor Attorney
LISA B. BERKOWITZ, State Bar #167657
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3825
Facsimile: (415) 554-4248

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KEVIN LYONS, DAN GILMAN, and MICHAEL SALDANHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HATTIE M. FINN-CARTER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; PUBLIC UTILITIES COMMISSION; KEVIN LYON, in his individual and official capacities; DAN GILMAN, in his individual and official capacities; MICHAEL SALDANHA, in his individual and official capacities; and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. C06-1067 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO CONDUCT MEDIATION**<br><br>[ADR L.R. 6-5; Civil L.R. 6-2]<br><br>Trial Date: June 4, 2007 |

    Plaintiff Hattie Finn-Carter and Defendants City and County of San Francisco ("City"), Kevin Lyons, Dan Gilman, and Michael Saldanha hereby stipulate to extending the deadline to conduct mediation in this case from October 6, 2006 to November 30, 2006.

    Pursuant to Civil L.R. 6-2 and ADR L.R. 6-5, the parties contend:

    (1) The parties seek an extension of time to conduct the mediation because unforeseen discovery disputes have delayed Plaintiff from taking any depositions in this case to date. The parties had hoped to resolve these issues in time to attend the mediation the parties had previously arranged

1  with the mediator for October 5, 2006. The discovery disputes have recently been resolved and
2  Plaintiff intends to proceed with depositions shortly. In addition, Plaintiff's attorney has expressed
3  her intention to amend the Complaint, adding additional causes of action not alleged in the current
4  Complaint. Plaintiff intends to provide Defendants a copy of a proposed amended Complaint by
5  October 10, 2006. It only became apparent to the parties within the 15 day time period provided by
6  Rule 6-5(a) that they were not prepared to attend the scheduled mediation. The parties believe a
7  mediation would not be productive until the Defendants' depositions have been taken, and the
8  Defendants' attorney has an opportunity to review the proposed Amended Complaint.
9      (2) There have been no previous time modifications to any deadlines in this case.

1  The parties have been in touch with the Northern District ADR mediator assigned to the case,
2  Ms. Maria Narayan, to discuss potential mediation dates in November of 2006 should this Court grant
3  the parties' request for an extension.
4  IT IS SO STIPULATED.

6  Dated: 10/5/06

MOORE & MOORE

FANIA D. DAVIS, ESQ.

Attorney for Plaintiff
HATTIE FINN-CARTER

12 Dated: 10/6/06

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LISA B. BERKOWITZ
Deputy City Attorney

By: _____
LISA B. BERKOWITZ

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KEVIN LYONS, DAN GILMAN, and MICHAEL
SALDANHA

Stipulation and [Proposed] Order Ext. Deadl. Mediation     3            n:\labor\li2006\061020\00403734.doc
CASE NO. CO6-1067JSW

## [PROPOSED] ORDER

BASED ON THE ABOVE STIPULATION and for good cause, the deadline for early mediation in this case has been extended from October 6, 2006 to November 30, 2006.

IT IS SO ORDERED.

Dated: October 10, 2006    By: *Jeffrey S White*
HONORABLE JEFFREY S. WHITE
United States District Court Judge