IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HATTIE M. FINN-CARTER,

    Plaintiff,

  v.

SAN FRANCISCO CITY & COUNTY, et al.

    Defendants.

No. C 06-01067 JSW

**ORDER REQUIRING STATUS REPORT REGARDING SETTLEMENT**

    The Court has received the Certification of ADR Session, which indicates that this matter settled pending approval of the Public Utilities Commission and the City. The Court HEREBY ORDERS that the parties submit a joint status report regarding the status of the settlement and whether, and when, they expect this matter to be dismissed.

    **IT IS SO ORDERED.**

Dated: January 4, 2007

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE