DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar # 83788
Chief Labor Attorney
LISA B. BERKOWITZ, State Bar #167657
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3825
Facsimile: (415) 554-4248

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KEVIN LYONS, DAN GILMAN, and MICHAEL SALDANHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HATTIE M. FINN-CARTER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; PUBLIC UTILITIES COMMISSION; KEVIN LYON, in his individual and official capacities; DAN GILMAN, in his individual and official capacities; MICHAEL SALDANHA, in his individual and official capacities; and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. C06-1067 JSW<br><br>**STIPULATION FOR TEMPORARY STAY OF ALL DEADLINES SET FORTH IN THE COURT'S CASE MANAGEMENT CONFERENCE ORDER PENDING POSSIBLE SETTLEMENT OF ENTIRE CASE; SUPPORTING DECLARATION OF LISA B. BERKOWITZ AND [PROPOSED] ORDER**<br><br>Civil L.R. 7-12<br><br>Trial Date: June 4, 2007 |

Plaintiff Hattie Finn-Carter and Defendants City and County of San Francisco ("City"), Kevin Lyons, Dan Gilman, and Michael Saldanha hereby stipulate to, and jointly request a temporary stay in the proceedings of the above-referenced action until **May 3, 2007**, pending a likely settlement of the entire case. A contingent settlement was arrived at, and agreed upon by the parties, at the Court-mandated mediation in this case on December 6, 2006 with mediator Maria Narayan, pending the approval of the City's Public Utilities Commission and the San Francisco Board of Supervisors. The

status of that settlement is set forth below in the Declaration of Lisa B. Berkowitz.

**IT IS SO STIPULATED.**

Dated: 4/9/07

MOORE & MOORE

*L. Berkowitz signing for Fania Davis*

FANIA D. DAVIS, ESQ.

Attorney for Plaintiff
HATTIE FINN-CARTER

Dated: 4/9/07

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LISA B. BERKOWITZ
Deputy City Attorney

By: _____
LISA B. BERKOWITZ

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KEVIN LYONS, DAN GILMAN, and MICHAEL
SALDANHA

Stip. for Temp. Stay; Supp. Decl. of LBB; Proposed Order
CASE NO. CO6-1067 JSW

2

n:\labor\li2006\061020\00019236.doc

# SUPPORTING DECLARATION OF LISA B. BERKOWITZ

I, Lisa B. Berkowitz, hereby declare:

1. I am a Deputy City Attorney for the City and County of San Francisco. I am counsel of record for defendant City and County of San Francisco ("City") in this action and for the individually named City employed defendants. I am admitted to practice law in California and to appear before this Court. I have personal knowledge of the facts in this declaration, and if called upon to testify, I could and would testify competently to the facts contained herein.

2. The status of the settlement reached in this case as of today is as follows: The settlement was approved by the City's Public Utilities Commission on January 9, 2007. The proposed settlement was sent to the San Francisco Board of Supervisors for their review and approval. The settlement process in the Board of Supervisors is a lengthy one. The settlement must be approved by the Rules Committee of the Board of Supervisors, and then put on the calendar for the corresponding Board meeting. After this time, it is read a second time at the Board. The Rules Committee changed its membership in January, when the President announced new members. As a result, committee dates were cancelled and rearranged. This proposed settlement was heard and approved by the Rules Committee on March 15, 2007. It was given a first reading at the Board of Supervisors on March 29, 2007, where it was approved. It is scheduled for a second reading at the Board of Supervisors on April 10, 2007. If it is approved at that time, the proposed settlement goes to the Mayor's office. The Mayor has 10 days to approve or veto the settlement. If he does not act at all during this time, the settlement is deemed approved. The paperwork then goes to the Controller's Office to have the settlement checks issued. The checks are then given to the City Attorney's Office Accounting Department where Plaintiff's attorney can pick them up.

3. Given this schedule, I anticipate the settlement checks will be ready for Plaintiff sometime the week of April 23, 2007. Pursuant to the terms of the Settlement and Release, Plaintiff would file a dismissal of this case within three days thereafter.

Stip. for Temp. Stay; Supp. Decl. of LBB; ~~Proposed~~ Order
CASE NO. CO6-1067 JSW
3
n:\labor\li2006\061020\00019236.doc

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 9, 2007, at San Francisco, California.

_____
LISA B. BERKOWITZ

## [PROPOSED] ORDER

BASED ON THE ABOVE STIPULATION and for good cause, the Court hereby orders a temporary stay in the proceedings of this case until May 3, 2007. If Plaintiff Finn-Carter has not filed a dismissal with prejudice of this case by that date, the parties shall so inform this Court in writing.

IT IS SO ORDERED.

Dated: April 10, 2007         By: _____
                              HONORABLE JEFFREY S. WHITE
                              United States District Court Judge