FANIA E. DAVIS, STATE BAR #87268
MOORE AND MOORE
445 Bellevue Avenue, Second Floor
Oakland, CA 94610
Telephone Number: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiff
HATTIE FINN-CARTER

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, STATE BAR # 83788
Chief Labor Attorney
LISA B. BERKOWITZ, State Bar #167657
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3825
Facsimile: (415) 554-4248

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KEVIN LYONS, DAN GILMAN, and MICHAEL SALDANHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HATTIE M. FINN-CARTER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; PUBLIC UTILITIES COMMISSION; KEVIN LYON, in his individual and official capacities; DAN GILMAN, in his individual and official capacities; MICHAEL SALDANHA, in his individual and official capacities; and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. C06-1067 JSW<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** |

Plaintiff HATTIE FINN-CARTER, by and through her attorneys, Moore & Moore, by Fania Davis; and Defendants CITY AND COUNTY OF SAN FRANCISCO, PUBLIC

STIPULATION RE DISMISSAL
CASE NO. CO6-1067JSW                       1

UTILITIES COMMISSION, KEVIN LYON, DAN GILMAN, and MICHAEL SALDANHA, hereby stipulate as follows pursuant to Federal Rule of Civil Procedure 41(a)(1):

1. The parties have reached a voluntary settlement of this matter;

2. Plaintiff HATTIE FINN-CARTER dismisses this action, in its entirety, with prejudice;

3. Each party will bear its own costs.

Dated: 5/3/07

MOORE & MOORE

_____
FANIA D. DAVIS, ESQ.

Attorney for Plaintiff
HATTIE FINN-CARTER

Dated: 5/2/07

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LISA B. BERKOWITZ
Deputy City Attorney

By: _____
LISA B. BERKOWITZ

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KEVIN LYONS, DAN GILMAN, and MICHAEL SALDANHA

STIPULATION RE DISMISSAL
CASE NO. CO6-1067JSW

2

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | It is hereby ordered that all of plaintiff's claims in this case are dismissed with prejudice. |

**IT IS SO ORDERED.**

Dated: May 4, 2007

By: *Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
United States District Court Judge

STIPULATION RE DISMISSAL
CASE NO. C06-1067JSW

3